UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION        ~~Plaintiff,~~

03 CIVIL MD 1529 (LMM )

~~-against-~~

~~Defendant~~
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Steven R. Schoenfeld__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SS9181

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Torys LLP

    To: Dorsey & Whitney LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 250 Park Avenue, New York, NY 10177

☒ *Telephone Number:* (212) 415-9200

☒ *Fax Number:* (212) 953-7201

☒ *E-Mail Address:* schoenfeld.steven@dorsey.com

Dated: September 27, 2007