# EXHIBIT A

**Pennsylvania State Employees Retirement System**
Purchases from April 1, 1999 through June 10, 2002

| Action | Issuer | Coupon / Maturity | Trade Date | Settle Date | Par Amount | Unit Price | Total Cost |
|---|---|---|---|---|---|---|---|
| by | Century Communications | 0.000% Due 01-15-08 | 4/7/1999 | 4/12/1999 | 1,000,000 | 47.250 | $472,500 |
| by | Century Communications | 0.000% Due 01-15-08 | 1/4/2000 | 1/7/2000 | 2,000,000 | 43.250 | $865,000 |
| by | Century Communications | 0.000% Due 01-15-08 | 1/4/2000 | 1/7/2000 | 380,000 | 43.250 | $164,350 |
| by | Adelphia Communications | 10.500% Due 07-15-04 | 3/21/2001 | 3/26/2001 | 300,000 | 102.000 | $306,000 |
| by | Adelphia Communications | 10.875% Due 10-01-10 | 9/15/2000 | 9/20/2000 | 13,000,000 | 99.243 | $12,901,590 |
| by | Adelphia Communications | 10.875% Due 10-01-10 | 9/27/2000 | 10/2/2000 | 1,250,000 | 99.243 | $1,240,538 |
| by | Adelphia Communications | 7.750% Due 01-15-09 | 4/20/1999 | 4/23/1999 | 640,000 | 99.250 | $635,200 |
| by | Adelphia Communications | 7.750% Due 01-15-09 | 7/29/1999 | 8/3/1999 | 1,000,000 | 92.000 | $920,000 |
| by | Adelphia Communications | 7.750% Due 01-15-09 | 12/28/2000 | 1/3/2001 | 815,000 | 83.000 | $676,450 |
| by | Adelphia Communications | 7.875% Due 05-01-09 | 1/21/2000 | 1/26/2000 | 1,343,000 | 86.500 | $1,161,695 |
| by | Adelphia Communications | 7.875% Due 05-01-09 | 5/17/2001 | 5/22/2001 | 1,000,000 | 90.000 | $900,000 |
| by | Adelphia Communications | 8.125% Due 07-15-03 | 1/11/2000 | 1/14/2000 | 1,000,000 | 94.813 | $948,125 |
| by | Adelphia Communications | 9.375% Due 11-15-09 | 11/10/1999 | 11/16/1999 | 12,500,000 | 99.204 | $12,400,500 |
| by | Adelphia Communications | 9.375% Due 11-15-09 | 1/25/2000 | 1/28/2000 | 1,000,000 | 95.500 | $955,000 |
| by | Adelphia Communications | 9.875% Due 03-01-05 | 1/26/2000 | 1/31/2000 | 500,000 | 99.188 | $495,938 |
| by | Adelphia Communications | 9.875% Due 03-01-07 | 9/27/2000 | 10/2/2000 | 750,000 | 94.750 | $710,625 |
| by | Adelphia Communications | 9.875% Due 03-01-07 | 4/4/2001 | 4/9/2001 | 2,800,000 | 97.000 | $2,716,000 |

Page 1

11213/8
10/31/2006 2053005.1