UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

W.R. Huff Asset Mangement Co., L.L.C.

                Plaintiff(s),          **NOTICE BEFORE DISMISSAL**
    v.                                        **FOR FAILURE TO PROSECUTE**
                                                      06-CV-728S

Deloitte & Touche LLP et al.

                Defendant(s).

1.    A complaint was filed with the Clerk of the Court on October 31, 2006, and no action has been taken by the parties in the past six months. Accordingly, pursuant to Rule 41.2 of the Rules of the United States District Court for the Western District of New York,

IT HEREBY IS ORDERED, that on or before June 20, 2007 Plaintiff shall file with the Clerk of the Court an affidavit explaining in detail why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:  May 17, 2007
           Buffalo, New York

                                                /s/William M. Skretny
                                                WILLIAM M. SKRETNY
                                                United States District Judge