## CERTIFICATE OF SERVICE

The foregoing *Declaration of Thomas E. Redburn, Jr. in Response to Notice Before Dismissal for Failure to Prosecute* was filed electronically with the United States District Court for the Western District of New York, on June 19, 2007. Notice of this filing will be sent to all parties by operation of the Court's filing system.

/s/ David S. Widenor
*Attorney for Plaintiff*

1128035