**JUDGE McKENNA**

**07 CIV 6849**

A CERTIFIED TRUE COPY
JUL 26 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUL 10 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1529    06-CV-728

*IN RE Adelphia Communications Corp. Securities & Derivative Litigation*
*(No. II)*

*W.R. Huff Asset Management Co., L.L.C., etc. v. Deloitte & Touche LLP,*
W.D. New York, C.A. No. 1:06-728

### CONDITIONAL TRANSFER ORDER (CTO-12)

On July 23, 2003, the Panel transferred 45 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 273 F.Supp.2d 1353 (J.P.M.L. 2003). Since that time, 22 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lawrence M. McKenna.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge McKenna.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of July 23, 2003, and, with the consent of that court, assigned to the Honorable Lawrence M. McKenna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
       DEPUTY CLERK