UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIVATIVE LITIGATION**<br><br>**This Document Relates to: All Actions** | Case Nos. 1:03-md-01529-LLM |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Eric T. Chaffin hereby moves for leave to withdraw as counsel for Plaintiffs Leonard Tow, individually and as trustee of the Claire Tow Trust; Clair Tow, individually and as trustee of The Claire Tow Trust, David Z. Rosenweig, as trustee of The Claire Tow Trust and The Tow ("Plaintiffs") in this matter. In support of this motion, Mr. Chaffin states that as of March 31, 2008, he will no longer be employed by Seeger Weiss LLP. Attorney Christopher Adam Seeger of Seeger Weiss LLP will continue as counsel for Plaintiffs. In addition, other attorneys of record for Plaintiffs include: Joseph L. Clasen and William James Kelleher, III of Robinson & Cole LLP - NYC, 885 Third Avenue, Ste. 2800, New York, NY 10022, (212)-451-2910 (telephone), (212)-451-2999 (facsimile).

Dated: April 21, 2008    **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

/s/ Eric T. Chaffin
Eric T. Chaffin
10 East 40th Street
New York, NY 10016
212.779.1414
chaffin@bernlieb.com

## **CERTIFICATE OF SERVICE**

    I, Eric T. Chaffin, hereby certify that on April 21, 2008, I caused a true copy of the foregoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served via U.S. mail to the following non-ECF participants on the attached service list.

Dated: April 21, 2008                                        /s/ Eric T. Chaffin
                                                                              Eric T. Chaffin

## SERVICE LIST

**Notice has been delivered by United States First Class Mail to:**

Brian C. Lysaght
O'Neill Lysaght & Sun LLP
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401

Lawrence M. Rolnick
Lowenstein Sandler PC (NJ)
65 Livingston Avenue
Roseland, NJ 07068

Jeffrey W. Herrmann
Cohn Lifland Pearlman Herrmann et ano.
Park 80 Plaza West – One
Saddle Brook, NJ 07663

Thomas E. Redburn, Jr.
Lowenstein, Sandler, Brochin, Kohl, Fisher, Boylan & Meanor
65 Livingston Avenue
Roseland, NJ 07068

Marc Ian Gross
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Nicholas E. Chimicles
Chimicles & Tikellis
One Harvard Cantre
361 West Lancaster Avenue
Haverford, PA 19401

Michael J. Collins
Bickel & Brewer
4800 Bank One Center
1717 Main Street
Dallas, TX 75201

Thomas E. Redburn, Jr.
Lowenstein Sandler PC (NJ)
65 Livingston Avenue
Roseland, NJ 07068

Eric G. Soller
Pietragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Anne W. Reed
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Keith L. Johnson
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Alan Gover
Dewey Balantine LLP
700 Louisiana, Ste. 1900
Houston, TX 77002

Christie M. Callahan
Dilworth, Paxson, L.L.P.
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Mike Stenglein
Dewey & LeBoeuf, L.L.P. (NYC)
1301 Avenue of the Americas
New York, NY 10019

Stacy Russell
Dewey Balantine LLP
700 Louisiana, Ste. 1900
Houston, TX 77002

Alvin B. Davis
Steel, Hector & Davis, L.L.P.
200 South Biscayne Boulevard
Miami, FL 33131

Max R. Shulman
Cravath, Swaine & Moore, L.L.P.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

David E. Brodsky
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

John Andrew Valentine
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

Howard M. Privette
515 S Flower Street
25th Floor
Los Angeles, CA 90071

Thomas L. Taylor, III
300 S Grand Avenue
22nd Floor
Los Angeles, CA 90071

J. Alexander Hershey
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

Robert J. Ridge
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

William M. Wycoff
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425

John Andrew Valentine
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022

Anthony D. Boccanfuso
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

John C. Massaro
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004

Jonathan S. Batten
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004

Justin S. Antonipillai
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004

Stephen M. Sacks
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004

Oscar N. Persons
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309

Robyn Elizabeth Ice
Alston & Bird LLP (NYC)
90 Park Avenue
New York, NY 10016

Susan E. Hurd
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309

John J. Kerr, Jr.
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017

F. Whitten Peters
Williams & Connolly, L.L.P.
725 12th Street, N.W.
Washington, DC 20005

J. Alan Galbraith
Williams & Connolly, L.L.P.
725 12th Street, N.W.
Washington, DC 20005

Lance Wade
Williams & Connolly, L.L.P.
725 12th Street, N.W.
Washington, DC 20005

Paul S. Hugel
Clayman & Rosenberg
305 Madison Avenue
Suite 1301
New York, NY 10165

Paul Martin Wolff
Williams & Connolly, L.L.P.
725 12th Street, N.W.
Washington, DC 20005

Bethany A. Breetz
Stites & Harbison
400 West Market Street
Suite 1800
Louisville, KY 40202-3352

Garry K. Grooms
Stites & Harbison
424 Church Street, Ste. 1800
Nashville, TN 37219