UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIVATIVE LITIGATION**<br><br>**This Document Relates to: All Actions** | **Case Nos. 1:03-md-01529-LLM** |

Upon the motion of counsel Eric T. Chaffin, **IT IS HEREBY ORDERED** that Eric T. Chaffin is no longer counsel for Plaintiffs Leonard Tow, individually and as trustee of the Claire Tow Trust; Clair Tow, individually and as trustee of The Claire Tow Trust, David Z. Rosenweig, as trustee of The Claire Tow Trust and The Tow.

Dated:
City, State:

_____
United States District/Magistrate Judge