UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIVATIVE LITIGATION**<br><br>**This Document Relates to: All Actions** | Case Nos. 1:03-md-01529-LLM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC<br>DATE FILED: 4/22/08 |

Upon the motion of counsel Eric T. Chaffin, **IT IS HEREBY ORDERED** that Eric T. Chaffin is no longer counsel for Plaintiffs Leonard Tow, individually and as trustee of the Claire Tow Trust; Clair Tow, individually and as trustee of The Claire Tow Trust, David Z. Rosenweig, as trustee of The Claire Tow Trust and The Tow.

Dated: 4/22/08
City, State:

_____
United States District/~~Magistrate~~ Judge



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIVATIVE LITIGATION<br><br>This Document Relates to: All Actions | Case Nos. 1:03-md-01529-LLM |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Eric T. Chaffin hereby moves for leave to withdraw as counsel for Plaintiffs Leonard Tow, individually and as trustee of the Claire Tow Trust; Clair Tow, individually and as trustee of The Claire Tow Trust, David Z. Rosenweig, as trustee of The Claire Tow Trust and The Tow ("Plaintiffs") in this matter. In support of this motion, Mr. Chaffin states that as of March 31, 2008, he will no longer be employed by Seeger Weiss LLP. Attorney Christopher Adam Seeger of Seeger Weiss LLP will continue as counsel for Plaintiffs. In addition, other attorneys of record for Plaintiffs include: Joseph L. Clasen and William James Kelleher, III of Robinson & Cole LLP - NYC, 885 Third Avenue, Ste. 2800, New York, NY 10022, (212)-451-2910 (telephone), (212)-451-2999 (facsimile).

Dated: April 21, 2008          **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

/s/ Eric T. Chaffin
Eric T. Chaffin
10 East 40th Street
New York, NY 10016
212.779.1414
chaffin@bernlieb.com