UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Adelphia Communications Corp. Securities &
Derivative Litigation

Case Nos. 1:03-md-01529-LLM

This Document Relates to: All Actions
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Eric T. Chaffin.

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        EC - 0587

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: Seeger Weiss LLP

    To:   Bernstein Liebhard & Lifshitz, LLP

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☑ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on 4/22/08 by Judge Lawrence M. McKenna.

☐ *Address:*     *10 East 40th Street, New York, NY 10016*

☐ *Telephone Number:*    *212-779-1414*

☐ *Fax Number:*    212-779-3218

☐ *E-Mail Address:*    *Chaffin@bernlieb.com*

Dated: 4/29/08