UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | 03 MD 1529 (LMM) |
| This Document Relates To:<br><br>ALL ACTIONS | |

## NOTICE OF FIRM NAME CHANGE

TO:    Honorable Lawrence M. McKenna
       United States District Court
       Southern District of New York
       Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
       New York, NY 10007-1312

       All Counsel of Record

Please take notice that ABBEY SPANIER RODD ABRAMS & PARADIS, LLP

(formerly ABBEY GARDY, LLP) has changed its name to:

## ABBEY SPANIER RODD & ABRAMS, LLP

Please take further notice that the firm's website, address, telephone number and

facsimile remains unchanged.

Please revise your service list accordingly.

Dated: June 4, 2008

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

/s/ Richard B. Margolies
Arthur N. Abbey (AA-8079)
Judith L. Spanier (JS-5065)
Richard B. Margolies (RM-9311)
212 East 39th Street
New York, New York 10016
Telephone:    212-889-3700
Facsimile:     212-684-5191

Attorneys for Lead Plaintiffs