UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIV. LITIG.<br><br>This Document Relates to:<br><br>CONSOLIDATED CLASS ACTION (03-CV-5755; 03-CV-5756;03-CV-5757; 03-CV-5758; 03-CV-5759; 03-CV-5761; 03-CV-5762; 03-CV-5763; 03-CV-5764; 03-CV-5765; 03-CV-5766; 03-CV-5768; 03-CV-5769; 03-CV-5771; 03-CV-5774; 03-CV-5775; 03-CV-5776; 03-CV-5778; 03-CV-5780; 03-CV-5781; 03-CV-5783; 03-CV-5784; 03-CV-5785; 03-CV-5786; 03-CV-5787; 03-CV-5790; 03-CV-5791; and 03-CV-5792) | 03 MD 1529 (LMM) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its offices from 830 Third Avenue, 10th Floor New York, NY 10022 to **825 Third Avenue, 16th Floor, New York NY 10022**. In addition, the firm's domain name has changed from "kmslaw.com" to "**kmllp.com**". The telephone and facsimile numbers remain the same.

Dated: July 9, 2008

                                    Respectfully submitted,

                                    **KIRBY McINERNEY LLP**

                                    By: _____
                                    Mark A. Strauss
                                    825 Third Avenue, 16th Floor
                                    New York, NY 10022
                                    Tel:  (212) 371 - 6600
                                    Fax:  (212) 751 - 2540